PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHETSAMONE XAYAVONGSA,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>        Defendant. | Case No.: 1:21-cv-00454-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 19). |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: August 24, 2022 | | */s/ Jonathan O. Pena*\* |
| | | (*as authorized via e-mail on 8/23/22) |
| | | JONATHAN O. PENA |
| | | Attorney for Plaintiff |
| Dated: August 24, 2022 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | PETER K. THOMPSON (HI 5890) |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | */s/ Marcelo Illarmo* |
| | | MARCELO ILLARMO |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 19), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant, and to close this case.

IT IS SO ORDERED.

Dated:   **August 25, 2022**           /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE